IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, #291560, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:21-CV-344-WHA-CSC |
| ) | |
| JEFFERSON S. DUNN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of Plaintiff's Motions for Extensions of Time to file an amended complaint as ordered by this Court, it is

ORDERED that the motions (Docs. 11. 12, 13) are GRANTED to the extent allowed by this Order. It is further

ORDERED that **by November 12, 2021**, Plaintiff must file an amended complaint in compliance with the directives of the Order entered on July 7, 2021.[1] Doc. 4. To aid Plaintiff in filing the amended complaint, the Clerk is DIRECTED to provide him with a copy of the July 7, 2021, Order (Doc. 4).[2]

---

[1] The July 7, 2021, Order apprises Plaintiff of the one possible exception which may warrant application of the exception to § 1915(g) to this case, specifically, his claims concerning an alleged failure to adequately protect him from recent attacks by other inmates and the continuing failure to adequately protect him from these inmates at the institution where Plaintiff was incarcerated when he filed the instant action.

[2] In this case Plaintiff seeks to challenge actions and conditions to which he was subjected during his confinement at the Staton Correctional Facility at the time he initiated this action. Plaintiff is advised that if he seeks to attack the constitutionality of actions or conditions which are occurring at the facility where he is currently detained, he must file a **separate** 42 U.S.C. § 1983 complaint.

Done, this 25th day of October 2021.

                                        /s/ Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE