IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, #291560, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-344-RAH-CSC ) |
| JEFFERSON S. DUNN, et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on July 1, 2024. (Doc. 93.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is ORDERED as follows:

1. Defendants' Special Report (Doc. 38), which the Court has construed as a motion for summary judgment, is GRANTED;

2. Judgment is ENTERED in favor of Defendants; and

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 31st day of July 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE